United States District Court
Southern District of Texas
**ENTERED**
May 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN, § § Plaintiff, § § VS. § § REBEKAH A. SALAZAR; TIM QUINN; MATTHEW KLEIN; RANDY TOWNSEND; THOMAS GOTTSTEIN; FRANCESCO DE FERRARI; ANDRE HELFENSTEIN; ULRICH KORNER; CHRISTIAN MEISSNER; HELMAN SITOHANG; ROMEO CERUTTI; CHRISTINE GRAEFF; JOANNE HANNAFORD; RAFAEL LOPEZ LORENZO; DAVID MATHERS; DAVID WILDERMUTH; LAURA M. ALBORNOZ, § § § § § § § § § § § § § § § § Defendants. § | CIVIL ACTION NO. 7:22-cv-00129 |

## FINAL JUDGMENT

The Court now considers this case. Plaintiff commenced this case on April 21, 2022,[1] but the Court struck his complaint that same day, holding that it failed to state a cognizable claim and Plaintiff must replead no later than April 29th.[2] The Court warned that Plaintiff's failure to replead may result in the case being dismissed.[3] Because April 29th has come and passed without Plaintiff having filed an amended complaint, this case is ripe for dismissal under Federal Rule of Civil Procedure 41(b). Accordingly, the Court **DISMISSES** this case and **DENIES AS MOOT** all

---

[1] Dkt. No. 1.
[2] Dkt. No. 10.
[3] *Id.* at 2.

pending motions and requests. This case is terminated and the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 3rd day of May 2022.

_____
Micaela Alvarez
United States District Judge
